No. 484. UNITED STATES *v.* SCHWIMMER. November 19, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Mitchell* and *Mr. Henry B. Hazard* for the United States. *Olive H. Robe* for respondent.

No. 306. CARSON PETROLEUM Co. *v.* VIAL, SHERIFF, ETC. November 26, 1928. Petition for writ of certiorari to the Supreme Court of the State of Louisiana granted. *Mr. Wm. E. Leahy* for petitioner. *Mr. Harry P. Sneed* for respondent.

No. 506. GULF REFINING Co. *v.* ATLANTIC MUTUAL INSURANCE Co. November 26, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Ira A. Campbell* and *Roger B Siddall* for petitioner. *Mr. J. M. Richardson Lyeth* for respondent.

No. 547. WINTERS ET AL. *v.* DENT HARDWARE Co. December 3, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. John Boyle, Jr.,* for petitioners. *Mr. E. Hayward Fairbanks* for respondent.

No. 501. POWERS-KENNEDY CONTRACTING CORP. ET AL. *v.* CONCRETE MIXING AND CONVEYING Co. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit; and

No. 528. CONCRETE MIXING & CONVEYING Co. *v.* R. C. STORRIE & Co. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. December 10, 1928. The petitions for writs of certiorari in these cases are granted, the two cases to be heard as one.